UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERITA WATERS,

        Plaintiff,

   v.

CAROLYN W. COLVIN, Commissioner of Social Security,

        Defendant.

No.  2:15-cv-0970 KJN (TEMP)

ORDER

      On August 28, 2015, the previously assigned Magistrate Judge granted plaintiff's motion to proceed in forma pauperis and ordered plaintiff to submit to the United States Marshal the documents necessary for service of process.  (Dkt. No. 3.)  Plaintiff was also ordered to file in this court a declaration stating the date on which the documents were submitted to the United States Marshal within five days after submitting those documents.

      Plaintiff, however, has not filed a declaration stating the date on which the documents necessary for service were submitted to the United States Marshall and the defendant has not appeared in this action.  Plaintiff is advised that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen days why this case should not be dismissed for lack of prosecution.[1]  Failure to file a timely response may result in the dismissal of this action.

Dated: January 21, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

waters0910.osc.service

---

[1] Plaintiff may also satisfy this order by filing a declaration stating the date on which the documents were submitted to the United States Marshal.

2